IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| FREDRIC RUSSEL MANCE, JR. *et al.*,<br><br>VS.<br><br>ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES, and B. TODD JONES, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES | Civil Action No. 4:14-CV-00539-O |

**CERTIFICATE OF INTERESTED PERSONS**

I, Lesley Farby, counsel for the defendants, do hereby certify pursuant to N.D. Tex. Local Civ. R. 7.4 that, other than the plaintiffs and the parties named as defendants in this case, I am currently unaware of any person, organization, or legal entity with a financial interest in the outcome of this case.

Dated: September 23, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

SARAH R. SALDAÑA
United States Attorney

 /s/ Lesley Farby
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
LESLEY FARBY
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 7220
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3481

Fax: (202) 616-8470  
Email: lesley.farby@usdoj.gov  
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On September 23, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

/s/ Lesley Farby  
Lesley Farby