IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **FREDERIC RUSSELL MANCE, JR. et al.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:14-cv-539-O |
| **ERIC H. HOLDER, JR. and B. TODD JONES,** | § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Alan Gura's Application for Admission Pro Hac Vice (ECF No. 19), filed October 16, 2014. Having reviewed the application, the Court finds that it should be and is hereby **GRANTED**.

The Court notes that Defendants filed a Motion for Summary Judgment or to Dismiss (ECF No. 15) on September 23, 2014. Although the response would have been due on October 14, 2014, Plaintiffs have yet to respond to the motion. Accordingly, it is **ORDERED** that Plaintiffs file their response on or before **October 22, 2014**.

**SO ORDERED** on this **17th** day of **October, 2014.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**