IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **FREDERIC RUSSELL MANCE, JR. et al.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 4:14-cv-539-O |
| **ERIC H. HOLDER, JR. and B. TODD JONES,** | § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File a Combined Response Brief to Plaintiffs' Motion for Summary Judgment and Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment (ECF No. 25), filed October 22, 2014. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

**SO ORDERED** on this **23rd** day of **October, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE