IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FREDRIC RUSSEL MANCE, JR. *et al.*, <br><br> VS. <br><br> ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES, and B. TODD JONES, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES | Civil Action No. 4:14-CV-00539-O |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Defendants hereby submit their response to Plaintiffs' Motion for Summary Judgment (ECF Nos. 21-23). The matters required by Local Civil Rule 56.4(a) are set forth in Defendants' brief that is being filed concurrently with this response. Pursuant to the Court's Order dated October 23, 2014 (ECF No. 26), that brief will be a combined brief serving as both a response brief and also as a reply in support of Defendants' own pending Motion to Dismiss or for Summary Judgment.

Dated: November 7, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

SARAH R. SALDAÑA
United States Attorney

  /s/ Lesley Farby
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
LESLEY FARBY
Trial Attorneys

1

                          U.S. Department of Justice
                          Civil Division, Rm. 7220
                          20 Massachusetts Avenue, NW
                          Washington, D.C. 20530
                          Telephone: (202) 514-3481
                          Fax: (202) 616-8470
                          Email: lesley.farby@usdoj.gov
                          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On November 7, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

                                                     /s/ Lesley Farby
                                                Lesley Farby