IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
_____

| | |
|---|---|
| FREDRIC RUSSEL MANCE, JR. *et al.*, | |
| VS. | Civil Action No. 4:14-CV-00539-O |
| ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES, and B. TODD JONES, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Defendants hereby submit their response to Plaintiffs' Motion for Summary Judgment

(ECF Nos. 21-23).  The matters required by Local Civil Rule 56.4(a) are set forth in Defendants'

brief that is being filed concurrently with this response.  Pursuant to the Court's Order dated

October 23, 2014 (ECF No. 26), that brief will be a combined brief serving as both a response

brief and also as a reply in support of Defendants' own pending Motion to Dismiss or for

Summary Judgment.

 Dated:  November 7, 2014                  Respectfully submitted,

                                          JOYCE R. BRANDA
                                          Acting Assistant Attorney General

                                          SARAH R. SALDAÑA
                                          United States Attorney

                                           /s/ Lesley Farby_____
                                          DIANE KELLEHER
                                          Assistant Branch Director
                                          DANIEL RIESS
                                          LESLEY FARBY
                                          Trial Attorneys

1

U.S. Department of Justice
Civil Division, Rm. 7220
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3481
Fax: (202) 616-8470
Email: lesley.farby@usdoj.gov
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

On November 7, 2014, I electronically submitted the foregoing document with the clerk

of court for the U.S. District Court, Northern District of Texas, using the electronic case filing

system of the court.  I hereby certify that I have served all parties electronically or by another

manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.


 /s/ Lesley Farby
Lesley Farby