IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FREDRIC RUSSELL MANCE, JR., et al., | § | Case No. 4:14-CV-00539-O |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| ERIC HOLDER, et al., | § | |
| | § | |
| Defendants. | § | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' Motion for Leave to File a Second Amended Complaint pursuant to Fed. R. Civ. P. 15.

The motion is GRANTED. Plaintiffs are granted leave to file their Second Amended Complaint.

SO ORDERED.

This the _____ day of November, 2014.

_____
The Hon. Reed O'Connor
United States District Judge