IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FREDERIC RUSSELL MANCE, JR. et al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:14-cv-539-O |
| ERIC H. HOLDER, JR. and B. TODD JONES, | § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 30), filed November 24, 2014. Defendants have no position on the motion. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

**SO ORDERED** on this **26th** day of **November, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**