IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FREDRIC RUSSEL MANCE, JR. *et al.*, <br><br> VS. <br><br> ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES, and B. TODD JONES, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES | Civil Action No. 4:14-CV-00539-O |

**JOINT MOTION TO CONTINUE HEARING DATE**

Plaintiffs and Defendants hereby jointly move for a continuance of the hearing scheduled for December 30, 2014.

On December 12, 2014, the Court entered an Order setting a hearing on Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, and Plaintiffs' Motion for Summary Judgment for December 30, 2014.  *See* ECF No. 34.[1]  In support of this motion, the parties state as follows:

1. Lead counsel for Plaintiffs, Mr. Gura, will be out of the office on a family vacation from December 22, 2014 to January 2, 2015, and will return to the office on January 5, 2015.  Mr. Gura is also unavailable on the following dates: January 8-9, 13-16, 21-22, and 26-29.

2. Plaintiffs' local counsel, Mr. Mateja, will also be out of town on a family vacation on December 30, 2014.

---

[1] The parties received notice of this Order via the Court's ECF system on December 15, 2014.

3. Lead counsel for Defendants, Ms. Farby, will also be out of the office on a family vacation from December 24, 2014, through January 2, 2015, and will return to the office on January 5, 2015. Ms. Farby is also unavailable on January 5 and 12.

4. The parties therefore respectfully request that the Court reset the hearing for a date other than the dates listed above. All counsel of record are available on the following dates in January: January 6, 7, 20, and 23.

5. The parties shall submit a proposed order in conjunction with this motion.

Dated:  December 16, 2014                             Respectfully submitted,

/s/ Alan Gura (with permission)                       JOYCE R. BRANDA
ALAN GURA (Va. Bar No. 68842)                         Acting Assistant Attorney General
Gura & Possessky, PLLC
105 Oronoco Street, 305                               SARAH R. SALDAÑA
Alexandria, VA 22314                                  United States Attorney

                                                       /s/ Lesley Farby
WILLIAM B. MATEJA (Texas Bar No.                      DIANE KELLEHER
13185350)                                             Assistant Branch Director
MICHAEL D. NAMMAR (Texas Bar No.                      LESLEY FARBY
24091685)                                             DANIEL RIESS
Fish & Richardson P.C.                                Trial Attorneys
1717 Main Street, Suite 5000                          U.S. Department of Justice
Dallas, TX 75201                                      Civil Division, Rm. 7220
                                                      20 Massachusetts Avenue, NW
                                                      Washington, D.C. 20530
*Attorneys for Plaintiffs*                            Telephone: (202) 514-3481
                                                      Fax: (202) 616-8470
                                                      Email: lesley.farby@usdoj.gov

                                                      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On December 16, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

    /s/ Lesley Farby
Lesley Farby