IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FREDRIC RUSSELL MANCE, JR. et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:14-cv-539-O |
| ERIC H. HOLDER, JR. and B. TODD JONES, | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the parties' Joint Motion to Continue Hearing Date (ECF No. 35), filed December 16, 2014. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, the Court sets the hearing for **Tuesday, January 20, 2015** at **9:00 am**. The hearing will convene in the United States District Judge's Second Floor Courtroom, 501 West 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **17th** day of **December, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE