IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FREDRIC RUSSELL MANCE, JR. et al., § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:14-cv-539-O |
| § | |
| ERIC H. HOLDER, JR. and B. TODD JONES, § § § | |
| Defendants. § § § | |

## FINAL JUDGMENT

The Court issued its order granting Plaintiffs' Motion for Summary Judgment. It is therefore **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motion for Summary Judgment is **GRANTED**. The Court **DECLARES** that 18 U.S.C. § 922(a)(3), 18 U.S.C. § 922(b)(3), and 27 C.F.R. § 478.99(a) are **UNCONSTITUTIONAL**, and Defendants are **ENJOINED** from enforcing these provisions.

**SO ORDERED** on this **11th day** of **February, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE