AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| FREDRIC RUSSELL MANCE, JR., et al.,<br>Plaintiffs,<br>v.<br>ERIC H. HOLDER, JR. and B. TODD JONES,<br>Defendants. | )<br>)<br>)  Case No.: 4:14-cv-539-O<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on   02/11/2015   against   DEFENDANTS   ,
                                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $   400.00 |
| Fees for service of summons and subpoena ................................. | 24.72 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ....................................... | |
| Fees for witnesses *(itemize on page two)* ................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................ | |
| Docket fees under 28 U.S.C. 1923 ........................................ | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts ................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................. | |
| TOTAL | $   424.72 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service     [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   s/ William B. Mateja _____

Name of Attorney: William B. Mateja

For:   FREDRIC RUSSELL MANCE, JR., et al.                        Date:   02/24/2015
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*            *Deputy Clerk*            *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL || $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Carol Heddins

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Monday, July 14, 2014 6:47 PM
**To:** Carol Heddins
**Subject:** Pay.gov Payment Confirmation: TXND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the U.S. District Court of Northern Texas at (214) 753-2240.

Application Name: TXND CM ECF
Pay.gov Tracking ID: 25GLLVM4
Agency Tracking ID: 0539-6159715
Transaction Type: Sale
Transaction Date: Jul 14, 2014 7:47:19 PM

Account Holder Name:
Transaction Amount: $400.00
Billing Address: 1425 K Street, NW
Billing Address 2: 11th Floor
City: Washington
State/Province: DC
Zip/Postal Code: 20005-3500
Country: USA
Card Type: MasterCard
Card Number:


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FREDRIC RUSSELL MANCE, JR., TRACEY AMBEAU HANSON, ANDREW HANSON, and CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,

*Plaintiff(s)*

v.

ERIC HOLDER, Attorney General of the United States, and B. TODD JONES, Director, Bureau of Alcohol, Tobacco, Firearms & Explosives,

*Defendant(s)*

Civil Action No. 4:14-cv-00539-O

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney's Office
Attn: Civil Process Clerk
801 Cherry Street Suite 1700
Fort Worth, Texas 75242-1699

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William B. Mateja
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, Texas 75201

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, 305
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/21/2014

CLERK OF COURT

S. Shannon
*Signature of Clerk or Deputy Clerk*

Case 4:14-cv-00539-O   Document 19   Filed 08/15/14   Page 2 of 2   PageID 382

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:14-cv-00539-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Attorney's Office Attn: Civil Process Clerk
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

X Other *(specify):* Served via Certified Mail Return Receipt Requested on July 24, 2014 at 1:31 p.m. See attached Exhibit "A", proof of delivery of mail article numbered 7106-4575-1292-5382-9332.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/15/2014

/s/ Cynthia Hart
*Server's signature*

Cynthia Hart, Legal Secretary
*Printed name and title*

Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: 214-747-5070
*Server's address*

Additional information regarding attempted service, etc:

| US Postal Service<br>**Receipt for Certified Mail**<br>No Insurance Coverage Provided<br>Do Not Use for International Mail | | |
|---|---|---|
| Postage | $ | 2.24 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.24 |

7106 4575 1292 5382 4332

Sent To:
United States Attorney's Office
Attn: Civil Process Clerk
801 Cherry Street, Suite 1700
Fort Worth, TX 75242-1699

Postmark Here
[DALLAS TX MPO WINDOW 75260-9998 USPS postmark]

PS Form 3800, June 2000       US Postal Service       Certified Mail Receipt

# EXHIBIT "A"

English    Customer Service    USPS Mobile                                               Register / Sign In

**USPS.COM**                                              Search USPS.com or Track Packages    Subr

Quick Tools          Ship a Package       Send Mail     Manage Your Mail       Shop        Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 71064575129253829332

## Product & Tracking Information

**Postal Product:**         **Features:**
                            Certified Mail™

### Available Actions

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 24, 2014 , 1:31 pm | Delivered | FORT WORTH, TX 76102 |

Email Updates

Your item was delivered at 1:31 pm on July 24, 2014 in FORT WORTH, TX 76102.

| July 24, 2014 , 4:02 am | Departed USPS Facility | FORT WORTH, TX 76161 |
| July 23, 2014 , 3:11 pm | Arrived at USPS Facility | FORT WORTH, TX 76161 |
| July 23, 2014 , 5:19 am | Departed USPS Facility | DALLAS, TX 75260 |
| July 23, 2014 , 1:01 am | Arrived at USPS Facility | DALLAS, TX 75260 |
| July 23, 2014 , 12:57 am | Departed USPS Facility | COPPELL, TX 75099 |
| July 22, 2014 , 10:47 pm | Arrived at USPS Facility | COPPELL, TX 75099 |

## Track Another Package

What's your tracking (or receipt) number?

[                                    ]   Track It

**LEGAL**              **ON USPS.COM**                          **ON ABOUT.USPS.COM**       **OTHER USPS SITES**
Privacy Policy ›       Government Services ›                    About USPS Home ›           Business Customer Gateway ›
Terms of Use ›         Buy Stamps & Shop ›                      Newsroom ›                  Postal Inspectors ›
FOIA ›                 Print a Label with Postage ›             USPS Service Alerts ›       Inspector General ›
No FEAR Act EEO Data › Customer Service ›                       Forms & Publications ›      Postal Explorer ›
                       Delivering Solutions to the Last Mile ›  Careers ›                   National Postal Museum ›
                       Site Index ›

**USPS.COM** | Copyright© 2014 USPS. All Rights Reserved.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| FREDRIC RUSSELL MANCE, JR., TRACEY AMBEAU HANSON, ANDREW HANSON, and CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, <br><br> *Plaintiff(s)* <br> v. <br> ERIC HOLDER, Attorney General of the United States, and B. TODD JONES, Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, <br><br> *Defendant(s)* | Civil Action No. 4:14-cv-00539-O |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric H. Holder, Jr.
Attorney General of the United States
Department of Justice
Room B103
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William B. Mateja                    Alan Gura
Fish & Richardson                    Gura & Possessky, PLLC
1717 Main Street, Suite 5000         105 Oronoco Street, 305
Dallas, Texas  75201                 Alexandria, VA  22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7/21/2014                     S. Shannon
                                     *Signature of Clerk or Deputy Clerk*

Case 4:14-cv-00539-O Document 18 Filed 08/15/14 Page 2 of 2 PageID 349

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:14-cv-00539-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eric H. Holder, Jr., Attorney General of the United States was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

X Other *(specify):* Served via Certified Mail Return Receipt Requested on July 28, 2014. See attached Exhibit "A" for proof of delivery of article numbered 7106-1292-5382-9356.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/15/2014

*/s/ Cynthia Hart*
*Server's signature*
Cynthia Hart, Legal Secretary
*Printed name and title*
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: 214-747-5070
*Server's address*

Additional information regarding attempted service, etc:

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | | |
|---|---|---|
| Postage | $ | 2.24 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.24 |

7106 4575 1292 5382 9356

Postmark Here

Sent To:
Eric H. Holder, Jr.
Attorney General of the United States
Department of Justice
Room B103
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form 3800, June 2000    US Postal Service    **Certified Mail Receipt**

40106/000/LL - 2nd Amendment

---

2. Article Number: 7106 4575 1292 5382 9356
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUL 28 2014

1. Eric H. Holder, Jr.
Attorney General of the United States
Department of Justice
Room B103
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form 3811, June 2000    Domestic Return Receipt

# EXHIBIT "A"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| FREDRIC RUSSELL MANCE, JR., TRACEY AMBEAU HANSON, ANDREW HANSON, and CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, <br><br> *Plaintiff(s)* <br> v. <br> ERIC HOLDER, Attorney General of the United States, and B. TODD JONES, Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, <br><br> *Defendant(s)* | Civil Action No. 4:14-cv-00539-O |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* B. Todd Jones
Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William B. Mateja                     Alan Gura
Fish & Richardson                     Gura & Possessky, PLLC
1717 Main Street, Suite 5000          105 Oronoco Street, 305
Dallas, Texas 75201                   Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/21/2014                                    S. Shannon
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:14-cv-00539-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **B. Todd Jones, Director of Bureau of Alcohol, Tobacco, Firearms and Explosives**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

X Other *(specify):* Served by Certified Mail Return Receipt Requested on July 30, 2014. See attached Exhibit "A" for proof of delivery of article numbered 7106-4575-1292-5382-9349.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/15/2014**

*/s/ Cynthia Hart*
*Server's signature*

Cynthia Hart, Legal Secretary
*Printed name and title*

Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: 214-747-5070
*Server's address*

Additional information regarding attempted service, etc:

**US Postal Service Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

7106 4575 1292 5382 9349

| | |
|---|---|
| Postage | $ 2.24 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.24 |

Postmark Here

Sent To:
B. Todd Jones
Director of the Bureau of Alcohol, Tobacco,
   Firearms and Explosives
99 New York Avenue, NE
Washington, DC  20226

PS Form 3800, June 2000    US Postal Service    Certified Mail Receipt

40106-00014 — 2nd Amendment

---

2. Article Number

7106 4575 1292 5382 9349

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Accepted in Official Capacity Only
B. Date of Delivery: 7/30/14
C. Signature: X J. Magruder   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☑ Yes  ☐ No
   If YES, enter delivery address below:

1. 
B. Todd Jones
Director of the Bureau of Alcohol, Tobacco,
   Firearms and Explosives
99 New York Avenue, NE
Washington, DC  20226

PS Form 3811, June 2000    Domestic Return Receipt

Exhibit "A"